IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WENDELL PIERRE HENDERSON, #90462-510, PETITIONER, | § § § § | |
| V. | § § | CIVIL CASE NO. 3:26-CV-02850-K-BK (CRIMINAL NO. 3: 25-CR-00227-S-1) |
| WARDEN, JOHNSON COUNTY DETENTION CENTER, RESPONDENT. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, (ECF No. 3), will be **DISMISSED** by separate judgment. Petitioner's Motion for Appointment of Counsel (Doc. No. 11), **is DENIED.**

A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). In the event that the petitioner files a notice of appeal, he must pay the $605.00

appellate filing fee or submit a motion to proceed in forma pauperis that is accompanied by a properly signed certificate of inmate trust account.

SO ORDERED.

Signed October 27th, 2026.

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE